IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Magnacross LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Proxicast, LLC,**<br><br>  Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF MAGNACROSS LLC'S NOTICE OF RELATED CASES

Plaintiff Magnacross LLC files this notice of related cases. Plaintiff filed related patent infringement actions in these cases below:

| Case | Case Filing Date |
|---|---|
| Magnacross LLC v. Best Buy Purchasing, LLC d/b/a Insignia Products<br>2-14-cv-00953 (EDTX) | 10/15/2014 |
| Magnacross LLC v. BlackBerry Corporation<br>2-14-cv-00954 (EDTX) | 10/15/2014 |
| Magnacross LLC v. Fujitsu America, Inc.<br>2-14-cv-00955 (EDTX) | 10/15/2014 |
| Magnacross LLC v. HTC America, Inc.<br>2-14-cv-00956 (EDTX) | 10/15/2014 |
| Magnacross LLC v. LG Electronics USA, Inc.<br>2-14-cv-00957 (EDTX) | 10/15/2014 |
| Magnacross LLC v. Microsoft Corporation<br>2-14-cv-00958 (EDTX) | 10/15/2014 |
| Magnacross LLC v. Motorola Mobility LLC<br>2-14-cv-00959 (EDTX) | 10/15/2014 |
| Magnacross LLC v. Samsung Electronics America, Inc<br>2-14-cv-00960 (EDTX) | 10/15/2014 |
| Magnacross LLC v. Sony Electronics Inc.<br>2-14-cv-00961 (EDTX) | 10/15/2014 |
| Magnacross LLC v. ZTE (USA) Inc.<br>2-14-cv-00962 (EDTX) | 10/15/2014 |

| | |
|---|---|
| Magnacross LLC v. Acer America Corporation<br>2-15-cv-00840 (EDTX) | 5/26/2015 |
| Magnacross LLC v. ASUS Computer International<br>2-15-cv-00841 (EDTX) | 5/26/2015 |
| Magnacross LLC v. AT&T Mobility LLC<br>2-15-cv-00842 (EDTX) | 5/26/2015 |
| Magnacross LLC v. BLU Products, Inc.<br>2-15-cv-00843 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Cellco Partnership d/b/a Verizon Wireless<br>2-15-cv-00844 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Fuhu, Inc.<br>2-15-cv-00845 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Kyocera Communications, Inc.<br>2-15-cv-00846 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Motion Computing, Inc.<br>2-15-cv-00847 (EDTX) | 5/26/2015 |
| Magnacross LLC v. MSI Computer Corp.<br>2-15-cv-00848 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Panasonic Corporation of North America<br>2-15-cv-00849 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Razer USA, Ltd.<br>2-15-cv-00850 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Shaghal Ltd. d/b/a eMatic<br>2-15-cv-00851 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Sprint Spectrum LP<br>2-15-cv-00852 (EDTX) | 5/26/2015 |
| Magnacross LLC v. TCT Mobile (US), Inc.<br>2-15-cv-00853 (EDTX) | 5/26/2015 |
| Magnacross LLC v. T-Mobile USA, Inc.<br>2-15-cv-00854 (EDTX) | 5/26/2015 |
| Magnacross LLC v. United States Cellular Corporation<br>2-15-cv-00855 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Visual Land Inc.<br>2-15-cv-00856 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Xplore Technologies Corp.<br>2-15-cv-00857 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Yifang USA Inc. d/b/a EFun<br>2-15-cv-00858 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Zebra Technologies Corporation<br>2-15-cv-00859 (EDTX) | 5/26/2015 |
| Magnacross LLC v. Actiontec Electronics, Inc.<br>2-16-cv-00506 (EDTX) | 5/17/2016 |
| Magnacross LLC v. ADTRAN, Inc.<br>2-16-cv-00507 (EDTX) | 5/17/2016 |

| | |
|---|---|
| Magnacross LLC v. Aerohive Networks, Inc. 2-16-cv-00508 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Allied Telesis, Inc. 2-16-cv-00509 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Belkin International, Inc. 2-16-cv-00510 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Cradlepoint, Inc. 2-16-cv-00511 (EDTX) | 5/17/2016 |
| Magnacross LLC v. D-Link Systems, Inc. 2-16-cv-00512 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Encore Electronics, Inc. 2-16-cv-00513 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Newo Corporation 2-16-cv-00514 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Sophos Inc. 2-16-cv-00515 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Teldat Corporation 2-16-cv-00516 (EDTX) | 5/17/2016 |
| Magnacross LLC v. TP-Link USA Corporation 2-16-cv-00517 (EDTX) | 5/17/2016 |
| Magnacross LLC v. TRENDnet, Inc. 2-16-cv-00518 (EDTX) | 5/17/2016 |
| Magnacross LLC v. WatchGuard Technologies, Inc. 2-16-cv-00519 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Western Digital Corporation 2-16-cv-00520 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Zoom Telephonics, Inc. 2-16-cv-00521 (EDTX) | 5/17/2016 |
| Magnacross LLC v. ZyXEL Communications, Inc. 2-16-cv-00522 (EDTX) | 5/17/2016 |
| Magnacross LLC v. Avaya, Inc. 2-16-cv-01461 (EDTX) | 12/28/2016 |
| Magnacross LLC v. Comtrend Corporation 2-16-cv-01462 (EDTX) | 12/28/2016 |
| Magnacross LLC v. EnGenius Technologies, Inc. 2-16-cv-01463 (EDTX) | 12/28/2016 |
| Magnacross LLC v. Huawei Technologies USA, Inc. 2-16-cv-01464 (EDTX) | 12/28/2016 |
| Magnacross LLC v. Juniper Networks, Inc. 2-16-cv-01465 (EDTX) | 12/28/2016 |
| Magnacross LLC v. Siemens Corporation 2-16-cv-01466 (EDTX) | 12/28/2016 |
| Magnacross LLC v. Sierra Wireless America, Inc. 2-16-cv-01467 (EDTX) | 12/28/2016 |

| Case | Date |
|---|---|
| Magnacross LLC v. Fortinet, Inc.<br>2-17-cv-00295 (EDTX) | 4/12/2017 |
| Magnacross LLC v. Multi-Tech Systems, Inc.<br>2-17-cv-00296 (EDTX) | 4/12/2017 |
| Magnacross LLC v. NETGEAR, Inc.<br>2-17-cv-00297 (EDTX) | 4/12/2017 |
| Magnacross LLC v. Novatel Wireless, Inc.<br>2-17-cv-00298 (EDTX) | 4/12/2017 |
| Magnacross LLC v. Phoenix Contact USA, Inc.<br>2-17-cv-00299 (EDTX) | 4/12/2017 |
| Magnacross LLC v. Proxim Wireless Corporation<br>2-17-cv-00300 (EDTX) | 4/12/2017 |
| Magnacross LLC v. Control4 Corporation<br>1-17-cv-01068 (DDE) | 8/2/2017 |
| Magnacross LLC v. Digi International Inc.<br>1-17-cv-01069 (DDE) | 8/2/2017 |
| Magnacross LLC v. Kaonmedia USA, Inc.<br>1-17-cv-01070 (DDE) | 8/2/2017 |
| Magnacross LLC v. Raisecom Inc.<br>1-17-cv-01071 (DDE) | 8/2/2017 |
| Magnacross LLC v. Technicolor USA, Inc.<br>1-17-cv-01072 (DDE) | 8/2/2017 |
| Magnacross LLC v. Multi-Tech Systems, Inc.<br>0-17-cv-04267 (DMN) | 9/14/2017 |
| Magnacross LLC v. Barco, Inc.<br>1-17-cv-01682 (DDE) | 11/20/2017 |
| Magnacross LLC v. Dasan Zhone Solutions Inc.<br>1-17-cv-01683 (DDE) | 11/20/2017 |
| Magnacross LLC v. IC Intracom USA, LLC<br>1-17-cv-01684 (DDE) | 11/20/2017 |
| Magnacross LLC v. Lantronix, Inc.<br>1-17-cv-01685 (DDE) | 11/20/2017 |
| Magnacross LLC v. Wirepath Home Systems, LLC d/b/a SnapAV<br>2-17-cv-00773 (EDTX) | 12/14/2017 |
| Magnacross LLC v. Edimax Computer Company<br>3-18-cv-04759 (NDCA) | 8/7/2018 |
| Magnacross LLC v. Logitech Inc<br>3-18-cv-04762 (NDCA) | 8/7/2018 |
| Magnacross LLC v. Sercomm USA INC.<br>3-18-cv-04754 (NDCA) | 8/7/2018 |
| Magnacross LLC v. SMC Networks, Inc.<br>1-18-cv-01296 (DDE) | 8/22/2018 |
| Magnacross LLC v ABP International, Inc.<br>3-18-cv-02368 (NDTX) | 9/6/2018 |

| | |
|---|---|
| Magnacross LLC v. Hughes Network Systems, LLC<br>1-18-cv-01494 (DDE) | 9/26/2018 |
| Magnacross LLC v. Legrand North America, LLC d/b/a Legrand<br>1-18-cv-01495 (DDE) | 9/26/2018 |
| Magnacross LLC v. SunvalleyTek International, Inc.<br>3-18-cv-06011 (NDCA) | 10/1/2018 |
| Magnacross LLC v. Qolsys, Inc.<br>1-19-cv-00605 (DDE) | 3/29/2019 |
| Magnacross LLC v. Lennox Industries, Inc.<br>1-19-cv-00793 (DDE) | 4/30/2019 |
| Magnacross LLC v. Brother Industries (USA), Inc.<br>1-19-cv-02048 (DDE) | 10/29/2019 |
| Magnacross LLC v. Omnitracs, LLC<br>1-19-cv-02049 (DDE) | 10/29/2019 |
| Magnacross LLC v. Advantech Corporation<br>3-19-cv-07190 (NDCA) | 10/31/2019 |
| Magnacross LLC v. Monoprice, Inc.<br>2-19-cv-09402 (CDCA) | 10/31/2019 |
| Magnacross LLC v. Netis Systems USA Corporation<br>2-19-cv-09406 (CDCA) | 10/31/2019 |
| Magnacross LLC v. General Electric Company<br>1-20-cv-00641 (NDIL) | 1/29/2020 |
| Magnacross LLC v. Freewave Technologies, Inc.<br>1-20-cv-00139 (DDE) | 1/29/2020 |
| Magnacross LLC v. Leviton Manufacturing Co., Inc.<br>1-20-cv-00140 (DDE) | 1/29/2020 |
| Magnacross LLC v. Lexmark International, Inc.<br>1-20-cv-00141 (DDE) | 1/29/2020 |
| Magnacross LLC v. GE MDS, LLC<br>1-20-cv-00964 (DDE) | 7/20/2020 |
| Magnacross LLC v. Itron, Inc.<br>6-20-cv-00673 (WDTX) | 7/24/2020 |
| Magnacross LLC v. OKI Data Americas, Inc.<br>3-20-cv-01959 (NDTX) | 7/24/2020 |
| Magnacross LLC v. Strix Systems, Inc.<br>1-20-cv-01007 (DDE) | 7/28/2020 |
| Magnacross LLC v. IOGEAR, Inc.<br>2-20-cv-06891 (CDCA) | 7/31/2020 |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **GAWTHROP GREENWOOD, PC** |
|  | /s/ *David deBruin* |
|  | David W. deBruin, Esq. (#4846) |
|  | 3711 Kennett Pike, Suite 100 |
|  | Wilmington, DE 19807 |
|  | Phone: 302-777-5353 |
| Dated: August 27, 2020 | ddebruin@gawthrop.com |
|  | *Attorneys for Plaintiff* |
|  | *Magnacross LLC* |

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com